NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BABYBJORN AB,**

*Plaintiff-Appellant*

**v.**

**THE ERGO BABY CARRIER INC.,**

*Defendant-Appellee*

---

2025-1457

---

Appeal from the United States District Court for the Central District of California in No. 2:23-cv-00446-AB-RAO, Judge Andre Birotte, Jr..

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2                    BABYBJORN AB v. ERGO BABY CARRIER INC.

(2)  Each side shall bear their own costs.

FOR THE COURT

August 26, 2025
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** August 26, 2025